In the Matter of the Claim of ABRAHAM INGBERG, Respondent, against SAMUEL ZIMMERMAN, Respondent, and NORWICH UNION INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.

(Submitted January 10, 1933; decided January 24, 1933.)

*Jeremiah F. Connor* for appellant.

*John J. Bennett, Jr., Attorney-General (William W. Dimmick* and *Samuel I. Israel* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.